Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
T: 619-476-0030; jeremy@goldencardona.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHOTWELL<br><br>Plaintiff(s)<br>v.<br><br>CHARTER COMMUNICATIONS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18-cv-07755-GW-SK<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that ___Margaret Levy___ may serve as the Panel Mediator in the above-captioned case. ___Jeremy S. Golden___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___February 28, 2019___ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: January 28, 2019

Jeremy S. Golden
Attorney For Plaintiff   Anthony Shotwell

Dated: _____

_____
Attorney For Plaintiff   _____

Dated: January 28, 2019

Brett Goodman
Attorney For Defendant   IC System, Inc.

Dated: January 28, 2019

Geoffrey Warner
Attorney For Defendant   Charter Communications, Inc.

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)        **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**