**YU | MOHANDESI LLP**
**Brett B. Goodman** (SBN 260899)
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.375.3543 | 213.377.5501 Facsimile
bgoodman@yumollp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Shotwell,<br><br>                              Plaintiff(s)<br>v.<br>Charter Communications, Inc. and I.C. System, Inc.; and Does 1 through 10 inclusive,<br><br>                              Defendant(s). | CASE NUMBER<br><br>2:18-cv-07755<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Malone, Robbie                                     of    Malone and Martin PLLC
*Applicant's Name (Last Name, First Name & Middle Initial*        8750 N. Central Expressway Suite 1850
214-346-2630            214-346-2631                                Dallas, TX. 75231
*Telephone Number*      *Fax Number*
rmalone@mamlaw.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

I.C. System, Inc.

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Goodman, Brett B.                                    of    Yu Mohandesi LLP
*Designee's Name (Last Name, First Name & Middle Initial*        633 West Fifth Street, Suite 2800
260899            213-375-3543           213.377.5501              Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
bgoodman@yumollp.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1

Dated: Click here to enter a date.

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2019, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: February 14, 2019

                              YU MOHANDESI LLP

                              By: /s/ *Brett B. Goodman*
                                      Brett B. Goodman