UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

REMAND/JS-6

| Case No. | 2:18-cv-07755-GW-(SKx) | Date | June 4, 2019 |
|---|---|---|---|
| Title | *Shotwell v. Charter Communications, et al.* | | |

| Present: The Honorable | GEORGE H. WU, United States District Judge |
|---|---|

| Javier Gonzalez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS): **ORDER REMANDING ACTION TO STATE COURT**

This Order follows from and incorporates the discussion and analysis presented in the Order Re: Subject Matter Jurisdiction Over Remaining State Law Claim ("Order") issued as part of the hearing held in this action on May 6, 2019, and more formally issued on May 15, 2019. *See* Docket Nos. 40, 41. As primarily discussed in the Order, the Court indicated that it would decline to exercise supplemental jurisdiction over the remaining state law claim in this case unless the parties could establish that diversity of citizenship exists under the amended complaint. *See* Docket No. 41 at 3. The Court gave the parties until May 24, 2019, to file further evidence or briefing on that issue.

On May 21, 2019, Plaintiff submitted a brief indicating his belief that diversity jurisdiction does not exist on the amended complaint. *See* Plaintiff's Supplemental Brief on Jurisdiction, Docket No. 42 at 1. Plaintiff also indicated that he does not seek damages in excess of $75,000. *Id.* Defendant did not file any supplemental briefing within the time period provided by the Court. *See generally* Docket. Therefore, the Court would find that the parties have not established the existence of diversity jurisdiction.

As indicated in the Order, the Court will therefore decline to exercise supplemental jurisdiction over the remaining state law claim in this case. As such, the Court remands the case to the Superior Court of the State of California, County of Los Angeles.

The Court takes the June 6 hearing date off-calendar and further orders the Court Clerk promptly to serve this order on all parties who have appeared in this action.